IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NASEEM ALI MOHAMMED,<br><br>Defendant. | MJ-21-14-M-KLD<br><br><br><br>ORDER |

In light of the Amended Complaint in this matter, the United States has filed a motion to quash the arrest warrant issued on January 27, 2021 in conjunction with the original Complaint. Accordingly, and good cause appearing,

IT IS HEREBY ORDERED that the first arrest warrant issued on or about January 27, 2021, is QUASHED.

Dated this 8th day of February 2021

_____
Kathleen L. DeSoto
United States Magistrate Judge

1